JOSEPH J. LUNGHINO, Appellant, v. THE MARINE TRUST COMPANY OF BUFFALO and Others, Respondents.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

GEORGE SHIELDS, Respondent, v. STEPHEN G. SHIELDS and Others, Appellants. — Motion to amend order entered June 28, 1938 [254 App. Div. 928], so as to specify by number the findings of fact upon which the reversal was made granted upon condition that the movants pay to the respondent on the motion the disbursements for printing incurred by the respondent in prosecuting his appeal to the Court of Appeals, provided, however, that he obtains an order from the Court of Appeals permitting the withdrawal of the appeal, and pay ten dollars costs of this motion. Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BERNARD FRANKEL, Appellant, v. JOSEPH H. BROPHY, as Warden of Auburn State Prison, Auburn, New York, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Crosby, Lewis, Taylor and Dowling, JJ.

In the Matter of the Application of EGBERT BAGG and Another, Respondents, for an Order Directing THOMAS J. NELSON, Comptroller of the City of Utica, to Forthwith Countersign the Audit of the Board of Education of Petitioner's Bill, etc. CITY OF UTICA, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Crosby, Lewis, Taylor and Dowling, JJ.

In the Matter of RODERICK H. MACGREGOR, an Attorney and Counselor at Law.— Order entered upon resignation striking name of attorney from Roll of Attorneys and Counselors at Law. Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

In the Matter of the Appointment of Members of the Committee on Character and Fitness of Applicants for Admission to the Bar for the Eighth Judicial District. — Joseph H. Morey, Esq., of Buffalo, and Robert J. Moore, of Niagara Falls, are appointed as members of the committee in place of Hon. Frederick W. Kruse, deceased, and John W. Ryan, deceased. Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.